UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND BUCKWALTER, on Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-cv-02171 |
| vs. | ) ) | |
| STERLING FINANCIAL CORPORATION, EQUIPMENT FINANCE, LLC, J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, J. BRADLEY SCOVILL | ) ) ) ) ) | |
| Defendants | ) ) | |
| -and- | ) ) | |
| _____ | ) ) | |
| KEVIN SIMPSON, Individually and on Behalf of All Others Similarly Situated | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-cv-02497 |
| vs. | ) ) | |
| STERLING FINANCIAL CORPORATION, BANK OF LANCASTER COUNTY, N.A., EQUIPMENT FINANCE, LLC, J. ROGER MOYER, JR., TITO L. LIMA, J. BRADLEY SCOVILL, GEORGE W. GRANER, THOMAS DAUTRICH, JOHN DOE NOS. 1-20 | ) ) ) ) ) ) | |
| Defendants | ) ) | |
| -and- | ) ) | |
| _____ | ) ) | |
| PAUL A. MILLER, REGINA A. MILLER, on Behalf of All Others Similarly Situated | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-cv-02694 |

|                                                                                   |   |
|-----------------------------------------------------------------------------------|---|
| vs.                                                                               | ) |
|                                                                                   | ) |
| STERLING FINANCIAL CORPORATION,                                                   | ) |
| EQUIPMENT FINANCE, LLC, J. ROGER                                                  | ) |
| MOYER, JR., THOMAS DAUTRICH, GEORGE                                               | ) |
| W. GARNER, J. BRADLEY SCOVILL                                                     | ) |
|                                                                                   | ) |
| Defendants                                                                        | ) |
|                                                                                   | ) |
| -and-                                                                             | ) |
|                                                                                   | ) |
| KENNETH G. STOUDT, Individually and on                                            | ) |
| Behalf of All Others Similarly Situated                                           | ) |
|                                                                                   | ) |
| Plaintiffs                                                                        | ) |
|                                                                                   | ) Case No. 07-cv-02914 |
| vs.                                                                               | ) |
|                                                                                   | ) |
| STERLING FINANCIAL CORPORATION,                                                   | ) |
| EQUIPMENT FINANCE, LLC, J. ROGER                                                  | ) |
| MOYER, JR., THOMAS DAUTRICH,                                                      | ) |
| GEORGE W. GRANER, J. BRADLEY                                                      | ) |
| SCOVILL, TITO L. LIMA                                                             | ) |
|                                                                                   | ) |
| Defendants                                                                        | ) |

---

## NOTICE OF MOTION FOR APPOINTMENT OF THE NEW MEXICO FUNDS AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED CASES

PLEASE TAKE NOTICE that the Public Employees Retirement Association of New Mexico

and New Mexico Educational Retirement Board, by their counsel, will hereby move this Court, at

601 Market Street, Philadelphia, PA, on a date and at such time as may be designated by the Court

2

for an Order, attached hereto as a Proposed Order: (i) appointing them as Lead Plaintiff; (ii) approving their selection of the law firms of Cauley Bowman Carney & Williams, PLLC as Lead Counsel and Golomb & Honik, P.C. as Liaison Counsel; (iii) consolidating the related cases; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, movants submit a Memorandum of Law and the Declaration of Todd M. Mosser, dated July 24, 2007

Dated: July 24, 2007                          RESPECTFULLY SUBMITTED,

                                              GOLOMB & HONIK, P.C.

                                              _____TMM 7305_____
                                              Richard M. Golomb
                                              Todd M. Mosser
                                              121 South Broad Street, Ninth Floor
                                              Philadelphia, PA 19107
                                              215-985-9177
                                              Proposed Liaison Counsel for the Class

                                              CAULEY BOWMAN CARNEY &
                                              WILLIAMS, PLLC
                                              J. Allen Carney
                                              Darrin L. Williams
                                              Randall K. Pulliam
                                              P. O. Box 25438
                                              Little Rock, AR 72221
                                              501-312-8500
                                              501-312-8505
                                              Proposed Lead Counsel for the Class

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND BUCKWALTER, on Behalf of             )
 Himself and All Others Similarly Situated,   )
                                              )
                    Plaintiffs,               )
                                              )        Case No. 07-cv-02171
         vs.                                  )
                                              )
STERLING FINANCIAL CORPORATION,               )
EQUIPMENT FINANCE, LLC, J. ROGER              )
MOYER, JR., THOMAS DAUTRICH, GEORGE           )
W. GRANER, J. BRADLEY SCOVILL                 )
                                              )
                    Defendants                )
                                              )
             -and-                            )
_____      )
                                              )
KEVIN SIMPSON, Individually and on Behalf of  )
All Others Similarly Situated                 )
                                              )
                    Plaintiffs,               )
                                              )        Case No. 07-cv-02497
         vs.                                  )
                                              )
STERLING FINANCIAL CORPORATION,               )
BANK OF LANCASTER COUNTY, N.A.,               )
EQUIPMENT FINANCE, LLC, J. ROGER              )
MOYER, JR., TITO L. LIMA, J. BRADLEY          )
SCOVILL, GEORGE W. GRANER, THOMAS             )
DAUTRICH, JOHN DOE NOS. 1-20                  )
                                              )
                    Defendants                )
                                              )
             -and-                            )
_____      )
                                              )
PAUL A. MILLER, REGINA A. MILLER, on          )
Behalf of All Others Similarly Situated       )
                                              )
                    Plaintiffs,               )
                                              )        Case No. 07-cv-02694

4

```
                    vs.                          )
                                                 )
STERLING FINANCIAL CORPORATION,                  )
EQUIPMENT FINANCE, LLC, J. ROGER                 )
MOYER, JR., THOMAS DAUTRICH, GEORGE              )
W. GARNER, J. BRADLEY SCOVILL                    )
                                                 )
                          Defendants             )
                                                 )
              -and-                              )
_____ )
                                                 )
KENNETH G. STOUDT, Individually and on           )
Behalf of All Others Similarly Situated          )
                                                 )
                          Plaintiffs             )
                                                 )    Case No. 07-cv-02914
                    vs.                          )
                                                 )
STERLING FINANCIAL CORPORATION,                  )
EQUIPMENT FINANCE, LLC, J. ROGER                 )
MOYER, JR., THOMAS DAUTRICH,                      )
GEORGE W. GRANER, J. BRADLEY                      )
SCOVILL, TITO L. LIMA                            )
                                                 )
                          Defendants             )
```

---

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF THE NEW MEXICO FUNDS, APPROVING SELECTION OF COUNSEL AND CONSOLIDATING ALL ACTIONS**

---

Having considered the Motion for Appointment of the Public Employees Retirement Association of New Mexico and New Mexico Educational Retirement Board (collectively, the "New Mexico Funds") as Lead Plaintiff, Approval of Selection of Lead Counsel and Consolidation of Related Cases, and the Memorandum of Law and Declaration of Todd M. Mosser in support thereof, and good cause appearing therefor:

1.      The New Mexico Funds are hereby appointed as Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934;

2.      The laws firm of Cauley Bowman Carney & Williams, LLP is appointed as Lead Counsel and Golomb & Honik, P.C. is appointed as Liaison Counsel; and

3.      The actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a).

**SO ORDERED.**

Dated: _____, 2007

_____
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served on each of the persons listed below via Federal Express, over-nite delivery, on this 25th day of July, 2007.

Nicholas E. Chimicles
Benjamin Johns
Michael D. Gottsch
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500

Andrew J. Soven
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19106
 215-851-8288

Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706

Joseph F. Roda
Eric L. Keepers
Roda & Nast P. C.
801 Estelle Drive
Lancaster, PA 17601
717-892-3000

Laurence Matthew Rosen
Phillip C. Kim
The Rosen Law Firm, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118
212-686-1060

C. William Phillips
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1405

212-841-1010

David Avi Rosenfeld
Mario Alba, Jr.
Samuel Howard Rudman
Lerach, Coughlin, Stoia, Geller,
   Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100

Gary Steven Graifman
Michael Louis Braunstein
Kantrowitz Goldhamer & Graifman, P. C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
845-356-2570

Jules Brody
Howard Theodore Longman
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017
212-687-7230

Catherine A. Torell
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street
New York, NY 10022
212-838-7797