IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STERLING FINANCIAL CORPORATION SECURITIES CLASS ACTION | : : : : : : : : : |

MDL DOCKET NO. 1879

CIVIL ACTION NO. 07-2171

FILED
SEP 11 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 10th day of September, 2009, upon review of the plaintiffs' motion for an award of attorneys' fees and expenses (Document #117), it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. As set forth in the preceding memorandum, an attorneys' fee award of thirty (30) percent is awarded with expenses and costs to be paid from the attorneys' fee award and not to be taken from the remaining seventy (70) percent which is to be distributed among the class members.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.

10